# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARLENE C. GORING** | **CIVIL ACTION NO. 08-CV-00634** |
| **VERSUS** | |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE** | **JUDGE BRADY**<br><br>**MAGISTRATE RIEDLINGER** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUPPLEMENTING AND AMENDING PETITION

The Supplemental and Amending Petition of Plaintiff, Darlene Goring, respectfully represents:

I.

Plaintiff supplements and amends his Petition to add as paragraph 16(4) in the following:

"16(4).

(4) following the filing of this lawsuit and Petitioner's Charges of Discrimination, Petitioner has continued to be subjected to retaliatory and race-based harassment, has been denied support for programs she is involved in by the defendant and, on February 4, 2009, defendant, through Chancellor Weiss, forwarded a two (2) page direct criticism of Petitioner heretofore, upon information and belief, not done in connection with a person's application for promotion to Full Professor at the Law Center, attempting to override and undermine the majority vote of the Law Center faculty for Petitioner to attain promotion to the rank of Full Professor and directly interfere with Petitioner's ability to attain promotion."

II.

Plaintiff supplements and amends her Petition as to paragraph 16a in the following manner:

"16a.

Petitioner alleges that she is being paid and promoted in a disparate fashion relative to her white male comparitors as an African American female."

III.

Plaintiff supplements and amends her Petition to add as paragraph 18a in the following:

"18a.

Petitioner further contends that she has been discriminated against as an African American in her co-equal ability to make and enforce contracts, specifically in her employment and her right to be free from race-based harassment/discrimination in the workplace, by the defendant in violation of 42 U.S.C. §1981, for which she specifically sues for herein."

IV.

Plaintiff reiterates and re-alleges all allegations contained in her original Petition as if quoted herein in their entirety including her request for trial by jury.

**WHEREFORE**, Petitioner, Darlene Goring, prays for a trial by jury in this matter and after due proceedings are had that there be judgment herein in her favor against the defendant for all sums as are reasonable under the premises, together with legal interest thereon from the date of judicial demand until paid, attorney's fees, all costs of the proceedings, and all such other relief as may be just and proper and to which she is entitled at law or in equity.

RESPECTFULLY SUBMITTED

BY: s/Jill L. Craft
Jill L. Craft, T.A., #20922
Attorney at Law
721 North Street
Baton Rouge, Louisiana 70802
(225) 663-2612
Fax: (225) 663-2613
E-mail: jcraft@bitworx.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of February, 2009, I have served a copy of the above and foregoing Supplemental and Amending Petition using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 26th day of February, 2009.

                                        s/Jill L. Craft
                                          Jill L. Craft