UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARLENE C. GORING

VERSUS

BOARD OF SUPERVISORS
OF LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE

CIVIL  ACTION

NO. 08-634-JJB

**RULING ON APPEALS**

This matter is before the court on appeals (docs. 40 and 41) taken by defendant from rulings of the magistrate judge issued on November 20, 2009 and November 30, 2009.   The matter has be briefed and there is no need for oral argument.

It is well established that magistrate judges are afforded broad discretion in resolving discovery disputes. *Merritt v. International Bro. of Boilermakers*, 649 F.2d 1013 (5th Cir. 1981).  Rulings on discovery matters will be overturned only when found to be clearly erroneous or an abuse of discretion.   Both appeals center on the same issue, i.e. whether defendant should be allowed discovery pertaining to a racial discrimination claim made by plaintiff some sixteen years ago against Foley & Lardner, one of her prior employers.  After carefully reviewing this matter, the court finds no error of law or abuse of discretion.

1

Accordingly, the rulings of the magistrate judge dated November 20 and November 30, 2009 are hereby AFFIRMED.

Baton Rouge, Louisiana, February 5, 2010.

_____
JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA